EVELYN R. NEWTON *v.* TOWN OF GREENWICH
(13804)

Heiman, Spear and Freedman, Js.

Argued October 2—decision released October 24, 1995

*John F. Newton,* for the appellant (plaintiff).

*Joyce H. Young,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.